IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-CR-00428-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW PRESTON CAULK,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    A change of plea hearing will be held **December 10, 2009, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: October 22, 2009

                                            s/ Jane Trexler, Judicial Assistant