IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-CR-00428-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MATTHEW PRESTON CAULK,

 Defendant.

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

 At the probation officer's request, the February 18, 2010 sentencing hearing is vacated.  Counsel shall contact chambers within 10 days to reschedule.

Dated: December 17, 2009

        s/ Jane Trexler, Judicial Assistant